UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| KANSAS CITY SOUTHERN RAILWAY COMPANY | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 10-770-JJB-DLD |
| DIXON & SONS TRUCKING COMPANY, ET AL. | |

CONSOLIDATED WITH

| | |
|---|---|
| KIRKLAND WRIGHT, ET AL | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 10-845-JJB-DLD |
| WESTERN WORLD INSURANCE COMPANY, ET AL | |

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 6, 2011 (doc. no. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiffs' Motion to Remand (doc. no. 5) is GRANTED and *Kirkland Wright, et al v. Western World Insurance Company, et al.* (Civil Action No. 10-845-JJB-DLD) is REMANDED to the 18th Judicial District Court, Parish of Pointe Coupee, State of Louisiana.

Baton Rouge, Louisiana, May 4, 2011.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA